1  LAW OFFICES OF DON E. SOMERVILLE
   26872 CALLE HERMOSA
2  Capistrano BEACH, CALIFORNIA 92624
   (949) 496-3200
3  State Bar No. 86506

4

5  Attorney for Debtors

6

7

8             UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11 In re                              )  Bankruptcy No. 8:10-BHK-18917-TA
                                      )  Chapter 13
12    PAUL E. GUTWEILER               )
                                      )  NOTICE OF OPPOSITION TO
13    LINDA L. GUTWEILER              )  TRUSTEE'S NOTICE OF MOTION
                                      )  AND VERIFIED MOTION FOR
14                                    )  ORDER DISMISSING CHAPTER 13
                                      )  PROCEEDING (11 U.S.C. - 1307(C))
15            Debtor(s).              )
                                      )  Hearing
16                                    )  Date:  MAY 18, 2011
                                      )  Time: 2:00 P.M.
17                                    )  Ctrm: 5-B
                                      )
18                                    )
                                      )
19                                    )
                                      )
20 _____

21    NOTICE IS HEREBY GIVEN that PAUL and LINDA GUTWEILER, a party in interest hereby opposes

22 the Notice of Motion and Verified Motion for Order Dismissing Chapter 13 Proceeding (11

23

24 U.S.C. - 1307(C)) and request a hearing to allow additional time for them to bring their plan

25 payments current with the Trustee. Debtors are in arrears on their plan payments for December

26 2010, January, February and March, 2011.

27 ////

28 ////

   ////

                                    1
             Notice of Opposition to Trustee's Notice of Motion

1 | Debtors ask the Court to allow them additional time to bring their trustee plan payments
2 | current and to be able to continue with their repayments to their creditors through their Chapter
3 | 13 plan. They have the ability to bring their account completely current by the date of the
4 | hearing which is May 18, 2011.
5 | Any reply to this opposition must be filed with the Court and served on this opposing party
6 | not later than seven calendar days prior to the hearing date.
7 | Date: 3/31/11

Don E. Somerville
Attorney for Debtor